IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TIMOTHY LEONARD MORGAN,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-CV-1443-L-BK** |
| | § | |
| **FEDERAL GOVERNMENT,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case, which was brought by Plaintiff Timothy Leonard Morgan ("Plaintiff") on April 11, 2013, was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 12, 2013, recommending that the Plaintiff's claims and this case be summarily dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff, who is proceeding *pro se*, did not file objections to the Report. After reviewing the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice** Plaintiff's claims and this action.

**It is so ordered** this 28th day of June, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order –Solo Page